MARIA E. STRATTON (No. 090986)
Federal Public Defender
NADINE C. HETTLE (No. 149842)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4790
Facsimile (213) 894-0081

Attorneys for Defendant
BARRY FRANCIS NISELY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR~~-02-278-(VBK)~~-FMC |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| BARRY FRANCIS NISELY, | |
| Defendant. | |

GOOD CAUSE APPEARING, THEREFORE, IT IS HEREBY ORDERED that the bond is clarified/modified to permit Mr. Nisely to live in his own apartment or house, as long as his residence is approved by pre-trial services. All other conditions of the bond shall remain in place.

DATED: December 11, 2002

~~THE HON. VICTOR B. KENTON~~
United States ~~Magistrate~~ Judge
FLORENCE-MARIE COOPER

ENTER ON ICMS
DEC 11 2002